## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

VICTORIA WATKINS,

     Plaintiff,

v.                                Case No. 8:25-cv-3239-TPB-TGW

GLOBAL CONNECTIONS
TO EMPLOYMENT, INC.,

     Defendant.

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

This matter is before the Court on consideration of the report and recommendation of Thomas G. Wilson, United States Magistrate Judge, entered on May 19, 2026.   (Doc. 15).   Judge Wilson recommends that "Plaintiff's Motion for Entry of Default" (Doc. 14) be granted in part. Specifically, Judge Wilson recommends the motion should be granted to the extent that Plaintiff Victoria Watkins is entitled to the entry of final default judgment in her favor, and against Defendant Global Connections to Employment, Inc., in the amount of $32,618.00 in damages for lost wages.[1] No objection to the report and recommendation has been filed, and the time to object has expired.

---

[1] To the extent Plaintiff seeks $40,000 in lost wages and $30,000 in compensatory damages, Judge Wilson recommends that Plaintiff's motion be denied.

After conducting a careful and complete review of the findings and recommendations, a district judge may accept, reject, or modify the magistrate judge's report and recommendation.   28 U.S.C. § 636(b)(1); *Camby v. Davis*, 718 F.2d 198, 199 (4th Cir. 1983); *Williams v. Wainwright*, 681 F.2d 732 (11th Cir. 1982).   A district court must "make a de novo determination of those portions of the [report and recommendation] to which an objection is made."   28 U.S.C. § 636(b)(1)(C).   When no objection is filed, a court reviews the report and recommendation for clear error.   *Macort v. Prem, Inc.*, 208 F. App'x 781, 784 (11th Cir. 2006); *Nettles v. Wainwright*, 677 F.2d 404, 409 (5th Cir. 1982).

Upon due consideration of the record, including Judge Wilson's well-reasoned report and recommendation, the Court adopts the report and recommendation.   Consequently, Plaintiff's motion for entry of default judgment is granted to the extent that default judgment is entered in favor of Plaintiff, and against Defendant, in the amount of $32,618.00 in damages for lost wages.

Accordingly, it is

**ORDERED, ADJUDGED,** and **DECREED:**

(1)    The report and recommendation (Doc. 15) is **AFFIRMED** and **ADOPTED** and **INCORPORATED BY REFERENCE** into this Order for all purposes, including appellate review.

(2)    "Plaintiff's Motion for Entry of Default" (Doc. 14) is **GRANTED IN**

**PART**, as set forth herein.

(3)     The Clerk is directed to enter a final judgment in favor of Plaintiff Victoria Watkins, and against Defendant Global Connections to Employment, Inc., in the amount of $32,618.00 in damages for lost wages.

(4)     Following the entry of judgment, the Clerk is directed to terminate any pending motions and deadlines, and thereafter close this case.

**DONE** and **ORDERED** in Chambers, in Tampa, Florida, this 4th day of June, 2026.

_____

TOM BARBER
UNITED STATES DISTRICT JUDGE